PILLSBURY WINTHROP SHAW PITTMAN LLP
BRUCE A. ERICSON #76342
ROBERT B. BADER #233165
50 Fremont Street
Post Office Box 7880
San Francisco, CA 94120-7880
Telephone: (415) 983-1000
Facsimile: (415) 983-1200
Email: bruce.ericson@pillsburylaw.com
robert.bader@pillsburylaw.com

Attorneys for Defendants
CAPITOL BANCORP LTD. and JOSEPH D. REID

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ELLEN RUBKE, AS TRUSTEE OF THE 1986 RUBKE LIVING TRUST, and JACK FERGUSON, individually and on behalf of all other similarly situated shareholders of Napa Community Bank,<br><br>Plaintiffs,<br><br>vs.<br><br>CAPITOL BANCORP LTD., a Michigan corporation, and JOSEPH D. REID,<br><br>Defendants. | No. C-05-4800-PJH<br><br>**STIPULATION AND [~~PROPOSED~~] SCHEDULING ORDER**<br><br>Hon. Phyllis J. Hamilton |

1   WHEREAS plaintiffs filed this securities class action complaint on November 23, 2005, Dkt. 1 ("Complaint") alleging that defendants **CAPITOL BANCORP LTD.** and **JOSEPH D. REID** (collectively, "Defendants") engaged in certain conduct which allegedly violated federal securities laws and California law;

WHEREAS certain of the claims arise under the Private Securities Litigation Reform Act of 1995;

WHEREAS the undersigned counsel anticipate that a motion will be filed to appoint lead plaintiff(s) and, if necessary, to consolidate any actions involving some or all of the same claims against the same Defendants (e.g., motions under 15 U.S.C. § 78u-4(a)(3));

WHEREAS the undersigned counsel agree that the interests of justice and judicial economy would be served by an order staying Defendants' time to respond to this Complaint;

NOW THEREFORE, the undersigned parties hereby stipulate as follows, subject to the Court's approval:

1.  Lead Plaintiff(s) shall file a Consolidated Amended Complaint or elect to proceed on the current complaint no later than 30 days from the date of entry of an order consolidating any actions involving some or all of the same claims against the same Defendants and appointing Lead Plaintiff(s) and Lead Counsel.

2.  Defendants shall have 30 days after the filing and service of the Consolidated Amended Complaint or Plaintiffs' election to proceed on the current complaint to answer or otherwise respond.

3.  Plaintiffs shall have 30 days to respond to any motion filed by defendants in response to the Consolidated Amended Complaint or the current complaint, unless otherwise agreed to by the parties.

4.  Defendants shall have 21 days to serve a Reply, unless otherwise agreed to by the parties.

//

| | |
|---|---|
| 1 | **DECLARATION PURSUANT TO GENERAL ORDER 45, § X.B** |
| 2 | I, BRUCE A. ERICSON, hereby declare pursuant to General Order 45, § X.B, that I |
| 3 | have obtained the concurrence in the filing of this document from each of the other |
| 4 | signatories listed below. |
| 5 | I declare under penalty of perjury that the foregoing declaration is true and correct. |
| 6 | Executed on December 16, 2005, at San Francisco, California. |
| 7 | Dated: December 16, 2005. |

                PILLSBURY WINTHROP SHAW PITTMAN LLP
                BRUCE A. ERICSON
                ROBERT B. BADER
                50 Fremont Street
                Post Office Box 7880
                San Francisco, CA  94120-7880
                Telephone: (415) 983-1000
                Facsimile: (415) 983-1200

                By /s/ Bruce A. Ericson
                        Bruce A. Ericson
                Attorneys for Defendants CAPITOL BANCORP
                LTD. and JOSEPH D. REID

                [Signatures continued on next page]

17 //
18 //
19 //

1  Dated: December 16, 2005.

                                  FRIEDEMANN GOLDBERG LLP
                                  JOHN F. FRIEDEMANN
                                  KYLE M. FISHER
                                  KIMBERLY A. UNTI
                                  420 Aviation Boulevard, Suite 201
                                  Santa Rosa, CA 95403
                                  Telephone: (707) 543-4900
                                  Facsimile: (707) 543-4910

                                  TREVOR & WEIXEL LLP
                                  GEORGE S. TREVOR
                                  JAMES V. WEIXEL, JR.
                                  300 Tamal Plaza, Suite 180
                                  Corte Madera, CA 94925
                                  Telephone: (415) 924-7147
                                  Facsimile: (415) 924-7159
                                  gtrevor@trevorweixel.com

                                  By [concurrence obtained, General Order 45 § X.B]
                                                      George S. Trevor
                                  Attorneys for Plaintiffs
                                  ELLEN RUBKE, as Trustee of the Rubke Living Trust, and JACK FERGUSON, individually and on behalf of all other similarly situated shareholders of Napa Community Bank

Dated: December 30, 2005.

Pursuant to the foregoing stipulation, IT IS SO ORDERED.

                                  _____
                                  Hon. Phyllis J. Hamilton
                                  United States District Judge