1  PILLSBURY WINTHROP SHAW PITTMAN LLP
   BRUCE A. ERICSON  #76342
2  ANDREW D. LANPHERE  #191479
   50 Fremont Street
3  Post Office Box 7880
   San Francisco, CA  94120-7880
4  Telephone: (415) 983-1000
   Facsimile: (415) 983-1200
5  Email: bruce.ericson@pillsburylaw.com
          andrew.lanphere@pillsburylaw.com
6
   Attorneys for Defendants
7  CAPITOL BANCORP LTD. and JOSEPH D. REID

8              UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10             SAN FRANCISCO DIVISION

11

| | |
|---|---|
| ELLEN RUBKE, AS TRUSTEE OF THE 1986 RUBKE LIVING TRUST, and JACK FERGUSON, individually and on behalf of all other similarly situated shareholders of Napa Community Bank,<br><br>               Plaintiffs,<br><br>     vs.<br><br>CAPITOL BANCORP LTD., a Michigan corporation, and JOSEPH D. REID,<br><br>               Defendants. | No. C-05-4800-PJH<br><br>[PSLRA]<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Current CMC Date:    Sept. 14, 2006<br>Proposed CMC Date:  Oct. 11, 2006 |

20                    **RECITALS**

21     A.     On June 16, 2006, the Court entered an order granting Defendants' motion to

22  dismiss Plaintiffs' original Complaint.  Dkt. 26

23     B.     On July 31, 2006, plaintiffs filed a First Amended Complaint.  Dkt. 28.

24     C.     On August 1, 2006, the Clerk sent a notice scheduling a case management

25  conference for September 14, 2006.  Dkt. 29.

26     D.     On August 30, 2006, Defendants filed a motion to dismiss the First

27  Amended Complaint.  Dkt. 30.  The motion is set for hearing on October 11, 2006.

28

1      E.      Thus, there is a case management conference set for September 14 and a

2    motion to dismiss set for less than one month later, on October 11.

3      F.      This action is subject to the provisions of the Private Securities Litigation

4    Reform Act, such that initial disclosures and discovery are stayed while Defendants'

5    motion to dismiss is pending.

6      G.      Accordingly, the parties believe that it would be premature and inefficient to

7    hold a case management conference while Defendants' motion to dismiss is pending.

8                                    **STIPULATION**

9          Plaintiffs, through their attorneys of record, and defendants through their attorneys

10   of record, hereby stipulate that the case management conference be continued to the date

11   and time of the hearing on Defendants' motion to dismiss, October 11, 2006, at 9 a.m. and

12   request that the Court enter an order to that effect.

13         SO STIPULATED.

14         Dated:  September 12, 2006          LAW OFFICES OF GEORGE S. TREVOR
                                               GEORGE S. TREVOR
15                                             300 Tamal Plaza, Suite 180
                                               Corte Madera, CA 94925
16                                             Tel: (415) 924-7147
17                                             Fax: (415) 924-7159

18                                             FRIEDEMANN GOLDBERG LLP
                                               JOHN F. FRIEDEMANN
19                                             KYLE M. FISHER
                                               420 Aviation Boulevard, Suite 201
20                                             Santa Rosa, CA  95403
                                               Tel:  (707) 543-4900
21                                             Fax:  (707) 543-4910

22                                             By   [Concurrence obtained per Gen. Order 45]
                                                       Kyle M. Fisher
23                                             Attorneys for Plaintiffs Ellen Rubke, as Trustee
                                               of the 1986 Rubke Living Trust, and Jack
24                                             Ferguson

25

26

27

28

1      I, Bruce A. Ericson, am the ECF user whose ID and password are being used to file

2  this STIPULATION AND [PROPOSED] ORDER.  In compliance with General Order 45,

3  X.B., I hereby attest that plaintiffs' counsel Kyle Fisher has concurred in this filing.

4      Dated:  September 12, 2006         PILLSBURY WINTHROP SHAW
         PITTMAN LLP

5           BRUCE A. ERICSON
         ANDREW D. LANPHERE

6           50 Fremont Street
         Post Office Box 7880

7           San Francisco, CA  94120-7880
         Telephone: (415) 983-1000

8           Facsimile: (415) 983-1200

9

         By   /s/ Bruce A. Ericson     

10               Bruce A. Ericson

11           Attorneys for Defendants CAPITOL BANCORP,
         LTD. and JOSEPH D. REID

12            *      *      *

13               [~~PROPOSED~~] ORDER

14      Pursuant to the foregoing stipulation, and good cause appearing,

15      IT IS HEREBY ORDERED that the case management conference set for

16  September 14, 2006 at 2:30 p.m. is hereby postponed until October 11, 2006, at 9 a.m.

17      IT IS SO ORDERED.

18      Dated: September __14_, 2006.                    

19           Hon. Phyllis J. Hamilton
         United States District

20

21

22

23

24

25

26

27

28